■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BENJAMIN C. RUSSELL, Appellant.—Appeal by defendant from a judgment of the County Court, Nassau County, rendered October 6, 1975, convicting him of grand larceny in the second degree and possession of burglar's tools, upon a

jury verdict, and imposing sentence. Judgment affirmed (see *People v Everett,* 10 NY2d 500). Hopkins, Acting P. J., Martuscello, Cohalan and Damiani, JJ., concur.